NORMAN COHEN, Respondent, v. FLORENCE COHEN, Appellant.— 

Present — MacCrate, Acting P. J., Schmidt, Beldock, Murphy and Ughetta, JJ.